IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AZEB RAY,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:12-cv-4922-O | |
| § | | |
| **U.S. BANK, NATIONAL ASSOCIATION, ET AL.,** § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 13). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that all of Plaintiff's claims against Defendants are *sua sponte* **DISMISSED without prejudice** for failure to effect proper and timely service.

**SO ORDERED** on this **6th day** of **May, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE